IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
IN OPEN COURT
SEP 22 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALJOHARAH ALTAMIMI,<br><br>Defendant. | Case No. 1:20cr208 |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT from on or about the middle of 2019, through on or about February 2020, in the Eastern District of Virginia, the defendant, ALJOHARAH ALTAMIMI, received, concealed, bought, sold, and facilitated the transportation, concealment, and sale of merchandise, articles, and objects, to wit: 52 military grade rifle barrels, prior to exportation, knowing the same to be intended for exportation in contravention of the Arms Export Control Act, Title 22, United States Code, Section 2778 and Title 22, Code of Federal Regulations, Parts 121.1, 122 and 123.1 and aided and abetted the same.

(In violation of Title 18, United States Code, Sections 2 and 554.)

## FORFEITURE

Defendant ALJOHARAH ALTAMIMI is hereby notified, pursuant to Federal Rule of Criminal Procedure 32.2(a), that upon conviction of the offense set forth in this Information, she shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

The assets subject to forfeiture include, but are not limited to, all firearm barrels seized from the defendant between the middle of 2019 and February 2020.

Pursuant to 21 U.S.C. § 853(p), ALJOHARAH ALTAMIMI shall forfeit substitute property, if, by any act or omission of HERS, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(All in accordance with Title 18, United States Code, Section 981(a)(1)(C); Title 28, United States Code, Section 2461(c); and Fed. R. Crim. P. 32.2.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date: September 22, 2020      By: _____
Ronald L. Walutes, Jr.
Assistant United States Attorney