# Criminal Case Cover Sheet

**FILED:** REDACTED      **U.S. District Court**

**Place of Offense:**  ☐ Under Seal     **Judge Assigned:** Hilton

- City:
- County: Arlington
- Superseding Indictment:
- Same Defendant:
- Magistrate Judge Case No.:
- Search Warrant Case No.:
- **Criminal No.:** 1:20-CR-208
- **New Defendant:** X
- **Arraignment Date:**
- **R. 20/R. 40 From:**

## Defendant Information:

- **Defendant Name:** ALJOHARAH ALTAMIMI
- **Alias(es):**
- ☐ Juvenile   **FBI No.:**
- **Address:**
- **Employment:**
- **Birth Date:** XX/XX/1968
- **SSN:** n/a
- **Sex:** Female
- **Race:** Middle Eastern
- **Nationality:** Saudi Arabia
- **Place of Birth:** Saudi Arabia
- **Height:**   **Weight:**   **Hair:**   **Eyes:**   **Scars/Tattoos:**
- ☒ Interpreter   **Language/Dialect:** Arabic and English
- **Auto Description:**

## Location/Status:

- **Arrest Date:**
- ☐ Already in Federal Custody as of:   in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:** Travis D. Tull
- **Address:** 2740 Chain Bridge Road, Vienna, VA 22181
- **Phone:** (703)938-5100
- ☐ Court Appointed
- ☒ Retained
- ☐ Public Defender
- **Counsel Conflicts:**
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Ronald L. Walutes, Jr.
- **Phone:** 703-299-3910
- **Bar No.:** 26312 (VA)

## Complainant Agency - Address & Phone No. or Person & Title:

SA Richard J. Guida, FBI

| U.S.C. Citations | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 554 | Smuggling | 1 | Felony |
| Set 2: | | | | |

**Date:** 9/4/2020    **AUSA Signature:** [signature]    *may be continued on reverse*